UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:24-cv-07753-MRA-MAA** | Date: **February 27, 2025** |
| Title **Kermit Ty Poulson v. Tracy Park** | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On November 15, 2024, the Court issued an Order Dismissing Complaint With Leave To Amend. (Order, ECF No. 9.) The Court ordered Plaintiff to, no later than December 16, 2024, either: (1) file a First Amended Complaint ("FAC"); (2) proceed with—and request that the Court reinstate—the Complaint; or (3) voluntarily dismiss the action. (*Id*. at 9–10.) The Court cautioned Plaintiff that "**failure to respond to th[e] Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See* C.D. Cal. L.R. 41-1**." (*Id*. at 10.) To date, Plaintiff has not responded to the Order Dismissing Complaint With Leave to Amend.

In the absence of a response, the Court proactively searched for Plaintiff's address and, according to the Federal Bureau of Prisons' Inmate Locator, Plaintiff is located at FDC SeaTac rather than at his address of record. *See Find an Inmate*, BOP INMATE LOCATOR, https://www.bop.gov/inmateloc/ (last visited February 26, 2025)). However, Plaintiff has not notified the Court of a change of address as required by Central District of California Local Civil Rule ("Local Rule") 41-6, which states:

> ***Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address.*** A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:24-cv-07753-MRA-MAA**                                              Date:  **February 27, 2025**

Title    **Kermit Ty Poulson v. Tracy Park**

date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

*See* C.D. Cal. L.R. 41-6.

To ensure that the Court has the appropriate address, Plaintiff must confirm his correct address.  If Plaintiff has in fact relocated to a new address, he is **ORDERED** to notify the Court of the new address **forthwith**.  A Notice of Change of Address form is attached to this Order.

In the meantime, in an abundance of caution, and as a one-time courtesy to Plaintiff, the Court **DIRECTS** the Clerk's Office to serve this Order and a copy of the Order Dismissing Complaint With Leave To Amend (ECF No. 09) by U.S. Mail to Plaintiff at both the address currently listed on the Court's docket and the following address:

> Kermit Ty Poulson
> FDC SeaTac
> Federal Detention Center
> P.O. Box 13900
> Seattle, WA 98198

In addition, the Court **EXTENDS** the deadline for Plaintiff to respond to the Order Dismissing Complaint With Leave To Amend to no later than **March 29, 2025**.

**Plaintiff is cautioned that failure to comply with this Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to keep the Court apprised of his current address, failure to prosecute, and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**  *See* **C.D. Cal. L.R. 41-6.**

It is so ordered.

Attachments:
Notice of Change of Address Form
Order Dismissing Complaint With Leave To Amend (ECF No. 9)